# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| NEW KENSINGTON-ARNOLD SCHOOL DISTRICT, | : | No. 320 WAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| NEW KENSINGTON-ARNOLD | : | |
| EDUCATION-ASSOCIATION, PSEA/NEA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.